LCS Financial Services
6782 S. Potomac Street
Ste 100
Centennial, Co 80112
Telephone: 866-662-9087

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | CHAPTER 13 |
| Debtor: WILLIAM BRIAN REGAN | CASE NO: 12-13221 |
| SSN# xxx-xx-1141 | NOTICE OF WITHDRAWAL OF CLAIM |

TO: CHAPTER 13 TRUSTEE
TO: ATTORNEY FOR DEBTOR
TO: CLERK OF COURT

1. A claim was filed on behalf of LCS Financial on March 11, 2013, in the amount of $69,615.21 for account number xxx1207, claim number 6.

2. You are notified that such proof of claim is herby withdrawn pursuant to Bankruptcy Rule 3006

Dated this 5th day of June 2013

LCS Financial Services
Kelly Lucero